**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lucien Antonio ROBERTS, a/k/a**
**Lou, Defendant–Appellant.**

No. 12–6944.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 15, 2012.

Lucien Antonio Roberts, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

March 4, 2012 and May 9, 2012.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lucien Antonio Roberts appeals the district court's order denying his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roberts*, No. 4:99–cr–00021–RBS–4 (E.D.Va. May 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*